UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| LIVE OAK BANKING COMPANY,<br><br>    Plaintiff,<br><br>        v.<br><br>AULAKH DENTAL CORPORATION, et al.,<br><br>    Defendants. | Case No. 20-cv-04587-VKD<br><br>**ORDER TO SHOW CAUSE WHY ACTION SHOULD NOT BE DISMISSED FOR FAILURE TO PROSECUTE** |

On July 10, 2020, the Court issued an initial case management scheduling order requiring the parties to submit a joint case management statement by October 6, 2020. Dkt. No. 4. Defendants have not appeared in this action. Plaintiff Live Oak Banking Company ("Live Oak") did not file a case management statement by the October 6 deadline and has taken no other action to prosecute the case.

The Court possesses the inherent power to dismiss an action sua sponte "to achieve the orderly and expeditious disposition of cases." *Link v. Wabash R.R. Co.*, 370 U.S. 626, 629–33 (1962). Accordingly, Live Oak is ORDERED TO SHOW CAUSE why the Court should not dismiss the action for failure to prosecute. A written response to this Order must be filed by **October 12, 2020**. The Court will hold a hearing on this Order to Show Cause on **October 13, 2020 at 1:30 p.m.**

**IT IS SO ORDERED.**

Dated: October 9, 2020

_____
VIRGINIA K. DEMARCHI
United States Magistrate Judge